158

People of the State of Illinois, Defendant in Error,
v. Frank L. Nathanson (Impleaded), Plaintiff in
Error.

Gen. No. 42,679.

Heard in the second divi-
sion, first district, this court at the February term, 1943; opinion filed
December 14, 1943; rehearing denied January 11, 1944. Wm. Scott
Stewart, for plaintiff in error; George F. Barrett, Attorney General,
and Thomas J. Courtney, State's Attorney, for defendant in error;
Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A.
Pope, Assistant State's Attorneys, of counsel. Opinion by PRESIDING
JUSTICE FRIEND. Not to be published in full.